FILED

2003 DEC 12 A 11:42

US DISTRICT COURT
HARTFORD CT

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| RICHARD R. KNIGHT | : |
| VS. | : NO. 3:00cv166 (CFD) |
| CITY OF NEW HAVEN, et al. | : DECEMBER 12, 2003 |

## PROPOSED VOIR DIRE

1. This is an action to redress the deprivation by the defendants of rights secured to the plaintiff by the constitution and laws of the United States and the State of Connecticut. Specifically, plaintiff claims he was falsely arrested, despite the fact that the individual wanted by the police was 12 years younger than the plaintiff, had a different middle initial, and was of another race. Is there any reason why you would have difficulty being completely neutral and fair in deciding this case if you are chosen to serve on the jury?

2. Is there anyone here who would prefer not to sit on a jury concerning a case of this kind?

3. Does anyone here feel for any reason that individuals who believe that they have been treated illegally and unfairly should not bring suit against a police department? If so, please explain.

4. Have you or anyone close to you ever been employed working for a government entity?

1

5. Has anyone here ever been involved in a suit alleging violation of constitutional rights?

6. Do you know or have you read anything or heard anything about this case, the plaintiff or the defendants or any of the lawyers involved in this case?

7. Has anyone here or anyone close to you ever been involved in any political campaigns or elections in the State or Connecticut?

8. Has anyone here or anyone close to you ever been employed by an attorney?

9. Is there any member of this panel who knows any other member of this panel, other than through this jury selection process today?

THE PLAINTIFF

BY _____
NORMAN A. PATTIS (#ct13120)
51 Elm Street
New Haven, CT 06510
203.562.9931
FAX: 203.776.9494
His Attorney

2

CERTIFICATION OF SERVICE

On the date above stated, a copy hereof was mailed to Martin S. Echter, Esq., Assistant Corporation Counsel, 165 Church Street, Fourth Floor, New Haven, CT 06510.

NORMAN A. PATTIS