

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| RICHARD R. KNIGHT<br>Plaintiff | :<br>:<br>: |
| vs. | :    CASE NO. 3:00CV166 (CFD) |
| CITY OF NEW HAVEN, MILLIE BELTON,<br>SUSAN FRUMENTO & CRYSTAL SHAH<br>Defendants | :<br>:<br>:    DECEMBER 12, 2003 |

## JOINT TRIAL MEMORANDUM

1. **TRIAL COUNSEL:**

    Plaintiff:
        John R. Williams
        Norman A. Pattis
        Williams and Pattis, LLC
        51 Elm Street
        New Haven, CT 06510
        Tel No. (203) 562-9931
        Fax No. (203) 776-9494
        E-Mail: jrw@johnwilliams.com

    Defendants:
        Jonathan H. Beamon
        Assistant Corporation Counsel
        City of New Haven
        Office of Corporation Counsel
        165 Church Street
        New Haven, CT 06510
        Tel. No. (203) 946-7958
        Fax No. (203) 946-7942
        Fed. Bar #ct22937
        E-mail: jbeamon@newhavenct.net

2.  **JURISDICTION:**

Jurisdiction of the Court is invoked under the provisions of §§1331, 1343(3), and 1367(a) of Title 28 and §§1983 and 1988 of Title 42 of the United States Code.

3.  **JURY/NON-JURY:**

This case is to be tried to the jury.

4.  **LENGTH OF TRIAL:**

One to two days of trial time.

5.  **FURTHER PROCEEDINGS:**

The parties do not presently anticipate further proceedings.

6.  **NATURE OF CASE:**

During all times mentioned in this action, it is alleged that the plaintiff was an adult male residing in Orange, Connecticut. The Defendant City of New Haven is a municipal corporation in the State of Connecticut. Defendants Belton, Shah and Frumento were clerks in the New Haven Department of Police Service. All defendants were acting in their official capacities but are sued only in their individual capacities. During all times mentioned in plaintiff's Complaint, the defendants were acting under color of law, that is, under color of the constitution, statutes, laws, charter, ordinances, rules, regulations, customs and usages of the State of Connecticut and the City of New Haven.

On February 4, 1998, the plaintiff was arrested in New Haven based on an outstanding warrant for trespass and harassment in New Haven. The defendants Shah, Belton and Frumento informed the arresting officer about the outstanding warrant, but the warrant was actually for another individual named Richard Knight with a different date of birth. The plaintiff was released from custody on the same day. In the manner described above, the plaintiff claims that the three individual defendants acted with deliberate and reckless indifference to whether they were providing accurate information which they knew would result in the arrest of the wrong person. The plaintiffs further claim that the defendants were negligent in confirming that a warrant existed for the plaintiff. As a result, the plaintiff claims that he suffered a loss of liberty and extreme emotional distress.

The individual defendants deny the material allegations of the plaintiffs' complaint which allege they acted with deliberate indifference to the plaintiff's rights The individual defendants, with respect to plaintiffs' 42 U.S.C. 1983 claim, would affirmatively allege that they were governmental employees whose actions were discretionary, and that such actions (1) did not violate any of the plaintiffs clearly established rights under the Constitutional and laws of the United States and/or (2) it was objectively reasonable for them to believe that their actions were not unlawful.

The individual defendants further deny the material allegations of the plaintiffs' complaint which allege that these defendants were negligent. With respect to this common law negligence claim, the individual defendants would affirmatively allege that they were governmental employees performing a governmental act that required the exercise of judgment and discretion.

7. **TRIAL BY MAGISTRATE JUDGE:**

The defendants are unaware if the plaintiff would agree to trial by a Magistrate Judge.

The defendants would _not_ agree to trial by a Magistrate Judge.

8. **LIST OF WITNESSES:**

Plaintiffs' Witness:

    a)    Richard Knight, plaintiff, 354 Smith Farm Road, Orange, CT, 2-3 hours, will testify concerning all of the allegations of the complaint.

    b)    New Haven Police Officer Edward Woods, One Union Avenue, New Haven, CT 06519; 1.5 hours; Officer Knight will testify as to her knowledge and/or participation in the events that are enumerated in plaintiff's complaint.

OFFICE OF THE CORPORATION COUNSEL · CITY OF NEW HAVEN
165 Church Street, New Haven, CT 06510
Telephone (203) 946-7958 · Facsimile (203) 946-7942 · Juris No. 42715

c) The plaintiff reserves the right to call any or all of the witnesses listed by the defendants as potential witnesses.

Defendants' Witnesses:

a) Crystal Shah, formerly of One Union Avenue, New Haven, CT 06519; 1.5 hours; Ms. Shah will testify as to her knowledge and/or participation in the events that are enumerated in plaintiff's complaint.

b) Millie Belton, One Union Avenue, New Haven, CT 06519; 1.5 hours; Ms. Belton will testify as to her knowledge and/or participation in the events that are enumerated in plaintiff's complaint.

c) Susan Frumento, One Union Avenue, New Haven, CT 06519; 1.5 hours; Ms. Frumento will testify as to her knowledge and/or participation in the events that are enumerated in plaintiff's complaint.

d) The defendants reserve the right to call any or all of the witnesses listed by the plaintiffs as potential witnesses.

9. **EXHIBITS:**

Plaintiffs' Exhibits:

1. Complete police report dated February 4, 1998.
2. Arrest history of Richard L. Knight.

Defendants' Exhibits:

    1.    Dispatch tape of February 4, 1998, at approximately 8:00 a.m..

**10. TRIAL TO JURY:**

Stipulations of Fact and Law:

    a)    That at all times mentioned in plaintiff's complaint, all defendants were clerks in New Haven Department of Police Services.

    b)    That at all times mentioned in plaintiffs' complaint, the individual defendants were acting under color of law.

    c)    That on February 4, 1998., the plaintiff was arrested and released from custody on the same day.

    d)    Proposed Voir Dire Questions:

    Attached hereto.

    e)    Proposed Jury Instructions:

    Attached hereto.

THE PLAINTIFF

BY:_____
John R. Williams, Esq.
Federal Bar No.: ct00215
Williams and Pattis, LLC
51 Elm Street, Suite 409
New Haven, CT 06510
Telephone: (203) 562-9931
Fax: (203 776-9494

THE DEFENDANTS
MILLIE BELTON, SUSAN FRUMENTO AND
CRYSTAL SHAH

By:_____
Jonathan H. Beamon
Assistant Corporation Counsel
City of New Haven
165 Church Street, 4th floor
New Haven, CT  06510
(203) 946-7958
Federal Bar No. ct22937

## CERTIFICATION

I hereby certify that on a copy of the foregoing has been mailed or delivered on 12/12/03 to the following counsel of record:

John R. Williams, Esq.
Williams and Pattis, LLC
51 Elm Street, Suite 409
New Haven, CT 06510

_____
Jonathan H. Beamon