UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

RICHARD R. KNIGHT
    Plaintiff

vs.

:           CASE NO.  3:00CV166 (CFD)

MILLIE BELTON, SUSAN FRUMENTO &
CRYSTAL SHAH
    Defendants

:           DECEMBER 9, 2003

## ANSWER AND AFFIRMATIVE DEFENSES

1.    As to the allegations of Paragraph 1, the portion of the paragraph that reads, "The plaintiff, Richard Knight, was arrested without probable cause as a result of the deliberate indifference of the defendants" is denied.  The remainder of Paragraph 1 states a legal conclusion to which no response is required.

2.    Paragraph 2 states a legal conclusion to which no response is required.

3.    As to the allegations of Paragraph 3, the defendants lack sufficient information upon which to enable an admission or denial, and therefore, leave the plaintiffs to their proof.

4.    The portion of Paragraph 4 that reads, "they are sued, however, only in their individual capacities," states a legal conclusion to which no response is required. The remainder of the Paragraph 4 is admitted.

*OFFICE OF THE CORPORATION COUNSEL · CITY OF NEW HAVEN*
*165 Church Street, New Haven, CT 06510*
*Telephone (203) 946-7958 · Facsimile (203) 946-7942 · Juris No. 42715*

5.    As to the allegations of Paragraph 5, it is admitted that the defendants were acting under color of law as that term has been defined in the Federal Courts.

6.    As to the allegations of Paragraph 3, the defendants lack sufficient information upon which to enable an admission or denial, and therefore, leave the plaintiffs to their proof.

7.    As to the allegations of Paragraph 7, the defendants lack sufficient information upon which to enable an admission or denial, and therefore, leave the plaintiffs to their proof.

8.    As to the allegations of Paragraph 8, the defendants lack sufficient information upon which to enable an admission or denial, and therefore, leave the plaintiffs to their proof.

9-12.   Paragraphs 9 through 12 are in all respects denied.

13.    The defendants admit receipt of said notice but deny its legal sufficiency.

## BY WAY OF AFFIRMATIVE DEFENSE

### FIRST AFFIRMATIVE DEFENSE:

At all relevant times, the defendants were government employees whose actions were discretionary, and additionally, one or both of the following would apply:

*OFFICE OF THE CORPORATION COUNSEL · CITY OF NEW HAVEN*
*165 Church Street, New Haven, CT 06510*
*Telephone (203) 946-7958 · Facsimile (203) 946-7942 · Juris No. 42715*

(a)    the defendants' actions did not violate any of the plaintiff's clearly established rights under the constitution and laws of the United States;

(b)    it was objectively reasonable for the defendants to believe that their actions were lawful.

The defendants are entitled to qualified immunity from suit for the actions alleged.

## SECOND AFFIRMATIVE DEFENSE:

The defendants assert their common law and statutory Immunities from liability for the actions alleged to have violated the laws of the State of Connecticut.

## THIRD AFFIRMATIVE DEFENSE:

This court lacks jurisdiction over the plaintiffs' claims that the Constitution and laws of the State of Connecticut were violated or, in the alternative, should decline to exercise jurisdiction over those claims.

## FOURTH AFFIRMATIVE DEFENSE:

The complaint fails to state a claim upon which relief can be granted.

THE DEFENDANTS

BY: _____

Jonathan H. Beamon
Assistant Corporation Counsel
City of New Haven
165 Church Street, 4th Floor
New Haven, CT 06510
(203) 946-7966
Federal Bar No. ct22937

## C E R T I F I C A T I O N

I hereby certify that a copy of the foregoing was mailed on December 9, 2003 to the following counsel of record, to wit:

John R. Williams, Esq.
Williams & Pattis, LLC
51 Elm Street, Suite 409
New Haven, CT  06510

_____

Jonathan H. Beamon
Assistant Corporation Counsel