FILED

2004 JAN -9  P 12: 

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| RICHARD R. KNIGHT | : CIVIL ACTION NUMBER |
| VS. | : 3:00CV166(CFD) |
| CITY OF NEW HAVEN | : JANUARY 9, 2004 |

# APPEARANCE

To the Clerk of this Court and all parties of record:

Enter my appearance as counsel in this case for the plaintiff,

**RICHARD R. KNIGHT.**

January 9, 2004

Timothy J. Mahoney
Williams and Pattis, LLC
51 Elm Street, Suite 409
New Haven, CT 06510
(203) 562-9931
FAX: (203) 776-9494
Federal Bar No. ct24651
His Attorney

## CERTIFICATION

This is to certify that a copy of the foregoing was hand delivered, on January 9, 2004 to the following counsel of record:

New Haven Corporation Counsel's Office
165 Church Street
New Haven, CT 06510

Timothy J. Mahoney