TOTAL TIME: ___ hours **5** minutes     DEPUTY CLERK **Deno**     RPTR/ERO/TAPE **Droney Marshall**

DATE **1-9-04**     START TIME **10:40**     END TIME **10:45**
LUNCH RECESS FROM _____ TO _____
RECESS FROM _____ TO _____ (if more than 1/2 hour)

**Knight**     CIVIL NO **3:00CV166**     **Williams & Pattis**
                                              Plaintiffs Counsel
vs.                         § § ☐ SEE ATTACHED CALENDAR FOR COUNSEL
**City of New Haven**       § § §     **Beamon**
                                              Defendants Counsel

## CIVIL JURY SELECTION/CALENDAR CALL

☒ ........ ☒ (call./h) Call of the Calendar held  ☐ (call./set) Call of the Calendar over to _____
☐ ........ ☐ (jyselect./h) Jury Selection held  ☐ Jury Selection continued until _____
☐ ...#... Motion _____ ☐ granted ☐ denied ☐ advisement
☐ ...#... Motion _____ ☐ granted ☐ denied ☐ advisement
☐ ...#... Motion _____ ☐ granted ☐ denied ☐ advisement
☐ ...#... Motion _____ ☐ granted ☐ denied ☐ advisement
☐ ........ _____ ☐ filed ☐ docketed
☐ ........ _____ ☐ filed ☐ docketed
☐ ........ _____ ☐ filed ☐ docketed
☐ ........ _____ ☐ filed ☐ docketed
☐ ........ _____ # jurors present
☐ ........ _____ # jurors absent
☐ ........ Voir Dire oath administered by Clerk ☐ previously administered by Clerk
☐ ........ Voir Dire by Court
☐ ........ _____ jurors excused (See attached)
☐ ........ Panel of _____ drawn (See attached)
☐ ........ Peremptory challenges exercised (See attached)
☐ ........ Jury of _____ drawn (See attached) ☐ and sworn ☐ Jury Trial commences
☐ ........ Remaining jurors excused
☐ ........ Discovery deadline set for _____
☐ ........ Disposition Motions due _____
☐ ........ Joint trial memorandum due _____
☐ ........ Trial continued until _____ at _____

☐ COPY TO: JURY CLERK