UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2004 JAN 12 P 4:04
U.S. DISTRICT COURT
HARTFORD, CT.

RICHARD R. KNIGHT,
    Plaintiff,

v.  : Civil Action No. 3:00CV166(CFD)

CITY OF NEW HAVEN, ET AL.
    Defendants.

## REFERRAL TO MAGISTRATE JUDGE

This case is referred to Magistrate Judge Thomas P. Smith for the following purposes:

\_\_\_  All purposes except trial, unless the parties consent to trial before the Magistrate Judge (orefcs.)

\_\_\_  A ruling on all pretrial motions except dispositive motions (orefmisc./dscv)

\_\_\_  To supervise discovery and resolve discovery disputes (orefmisc./dscv)

\_\_\_  A recommended ruling on the following motions which are currently pending: (orefm.)

\_\_\_  A ruling on the following motions which are currently pending: (orefm.)

 X  A settlement conference (orefmisc./cnf)

\_\_\_  A conference to discuss and approve the following: (orefmisc./cnf)

\_\_\_  Other: (orefmisc./misc) _____

SO ORDERED this 12TH day of January 2004 at Hartford, Connecticut.

Christopher F. Droney
United States District Judge