UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

FILED
2004 APR -8 A 11: 35
U.S. DISTRICT COURT
HARTFORD, CT.

RICHARD R. KNIGHT
    -Plaintiff(s)

-v-                              NO.   3: 00 CV 166 (CFD)

CRYSTAL SHAH, SUSAN FRUMENTO,
AND MILLIE BELTON
    -Defendant(s)

### SETTLEMENT CONFERENCE MEMORANDUM

A settlement conference was held in this case today. The undersigned has recommended that the case settle and has placed a value on the case. Defense counsel has advised that the figure will be placed before the City's litigation committee for a vote. Counsel are ordered to informed the undcersigned's chambers promptly upon learning whether the magistrate judge's recommendation has been accepted and/or whether a settlement agreement has been reached.   IT IS SO ORDERED.

Dated at Hartford, Connecticut, this __8th__ day of April, 2004.

Thomas P. Smith
United States Magistrate Judge