```
             UNITED STATES DISTRICT COURT
               DISTRICT OF CONNECTICUT

           Telephone Status Conference Calendar

         Honorable Christopher F. Droney, U.S.D.J.
                     450 Main Street
                        Hartford
                Chambers Room 108 - Annex

                      May 4, 2004
                                          HELD 10 min
                      4:30 p.m.
```

**PLAINTIFF TO INITIATE CALL
& CONTACT CHAMBERS AT
860-240-2635**

CASE NO. **3:00CV166 (CFD) Knight v. New Haven**

Jonathan H. Beamon
Corporation Counsel's Office
165 Church St.
New Haven, CT 06510

Raymond E. Epps
Office Of Corporation Counsel
City Of New Haven
165 Church St.
New Haven, CT 06510

Timothy J. Mahoney
Williams & Pattis
51 Elm St.
Ste. 409
New Haven, CT 06510

Norman A. Pattis
Williams & Pattis
51 Elm St., Ste 409
New Haven, CT 06510

John R. Williams
Williams & Pattis
51 Elm St., Ste. 409
New Haven, CT 06510

```
                              BY ORDER OF THE COURT
                              KEVIN F. ROWE, CLERK
```