UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

**FILED**
2004 MAY 11 P 12: 44
U.S. DISTRICT COURT
HARTFORD, CT.

RICHARD KNIGHT

v

MILLIE BELTON
SUSAN FRUMENTO

CASE NO. 3:00cv166(CFD)

<u>NOTICE TO COUNSEL</u>

The above-entitled case was reported to the Court on May 10, 2004 to be settled. Under Local Rule 41(b), a matter reported to be settled is to be dismissed if closing papers are not filed within (30) days thereafter.

Accordingly, an order of dismissal will be entered on June 10, 2004 unless closing papers are filed on or before that date, or unless counsel reports prior to that date that the case is not in fact to be settled.

It is so ordered.

Dated at Hartford, Connecticut this 11th day of May, 2004.

KEVIN F. ROWE, CLERK

BY /s/ Devorah Johnson
Devorah Johnson
Deputy Clerk