UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

RICHARD KNIGHT                    :

   Vs.                            :         CASE NO. 3:00CV166(CFD)

MILLIE BELTON                     :
SUSAN FRUMENTO

### JUDGMENT

Counsel of record having reported to the court on May 10, 2004 that the above-entitled case has settled;

It is accordingly ORDERED that this action be and is hereby dismissed without costs and without prejudice to the right of any parties to move within 30 days to re-open the case if the settlement has not been consummated.

Dated at Hartford, Connecticut, June 16, 2004

KEVIN F. ROWE, CLERK

BY _____
Devorah Johnson
Deputy Clerk

EOD_____